# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12cv541

| | |
|---|---|
| PRODIGY DIABETES CARE, LLC; and DIAGNOSTIC DEVICES, INC., )<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>TZAMAL MEDICARE, LTD.; TZAMAL BIO-PHARMA LTD.; TZAMAL MEDICAL LTD.; et al., )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on review of a Memorandum and Recommendation issued in this matter. In the Memorandum and Recommendation, the magistrate judge advised the parties of the right to file objections within 14 days, all in accordance with 28, United States Code, Section 636(b)(1)(c). No objections have been filed within the time allowed.

The *Federal Magistrates Act of 1979*, as amended, provides that "a district court shall make a *de novo* determination of those portions of the report or specific proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); Camby v. Davis, 718 F.2d 198, 200 (4th Cir.1983). However, "when objections to strictly legal issues are raised and no factual issues are challenged, *de novo* review of the record may be dispensed with." Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir.1982). Similarly, *de novo* review is not required by the statute "when a party makes general or conclusory objections that do not direct the court to a specific error in the magistrate judge's proposed findings and recommendations." Id. Moreover, the statute does not on its face require any review at all of issues that are not the subject of an objection. Thomas v. Arn, 474 U.S. 140, 149 (1985);

Camby v. Davis, 718 F.2d at 200. Nonetheless, a district judge is responsible for the final determination and outcome of the case, and accordingly the court has conducted a careful review of the magistrate judge's recommendation.

After such careful review, the court determines that recommendation of the magistrate judge is fully consistent with and supported by current law. Further, the brief factual background and recitation of issues is supported by the applicable pleadings. Based on such determinations, the court will fully affirm the Memorandum and Recommendation and grant relief in accordance therewith.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation (#23) is **AFFIRMED,** and

(1) defendants' "Motion To Dismiss Or, In the Alternative, To Stay" (#2) is **GRANTED** as to the requested alternative relief to Stay, and **DENIED WITHOUT PREJUDICE** to the extent it seeks dismissal of this action;

(2) the parties' "Joint Motion To Stay" (#22) is **GRANTED**, and this matter is **STAYED** until otherwise ordered; and

(3) the parties shall file a joint status report on or before December 21, 2012, and every ninety (90) days thereafter, unless otherwise ordered by the Court.

Signed: November 13, 2012

Max O. Cogburn Jr.
United States District Judge